```
                                              FILED
                                        IN CLERK'S OFFICE
                                     US DISTRICT COURT E.D.N.Y.
WMP
F.#2011R01592                         ★  SEP 29 2011  ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          BROOKLYN OFFICE

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              NOTICE OF MOTION

     - against -                      CR 11        671
                                      CR. NO.:
JUDITH SHULMIRE,
                                      IRIZARRY, J.
               Defendant.
                                      POLLAK, M.J
- - - - - - - - - - - - - - - -X
```

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
          September 29, 2011

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                    By:       _____
                              Winston M. Paes
                              Assistant U.S. Attorney
                              (718) 254-6023

cc:  James Roth, Esq. (By Email)
     Clerk of the Court